# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 6, 2021 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-21-5066 (PKC) |
| **NAME OF CASE(S):** | **JENKINS V. TRANSUNION, LLC** |
| **FOR PLAINTIFF(S):** | Jenkins, pro se |
| **FOR DEFENDANT(S):** | Nicodemus |
| **NEXT CONFERENCE(S):** | **JANUARY 18, 2022 AT 11:00 A.M., BY PHONE** |
| **FTR/COURT REPORTER:** | 12:00 - 12:06 AT&T |

**RULINGS FROM INITIAL CONFERENCE:**

Defendant is in the process of obtaining records regarding Plaintiff's credit inquiries and will produce the records to Plaintiff within the next 30 days.  Once the records have been exchanged the parties will be in a better position to discuss a potential resolution.  The Court will hold a telephone conference on January 18, 2022 at 11:00 a.m.  All parties must participate and shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.